IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE NUNN, SR., | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:10cv625-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's affidavit (Doc. No. 158) is treated as objections.

(2) The petitioner's motion to supplement (Doc. No. 160) is granted and is treated as additional objections.

(3) The petitioner's motion to strike and for judgment on the pleadings (Doc. No. 159) are denied but are treated as additional objections.

(4) The petitioner's objections (Doc. Nos. 158, 159, and 160) are overruled.

(5) The United States Magistrate Judge's recommendation (Doc. No. 157) is adopted.

(6) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) and the motion to withdraw guilty plea (Doc. No. 130) are denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of June, 2012.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE